OPINION — AG — ** CONTRACT — CONFLICT OF INTEREST — SCHOOL ** PURSUANT TO ARTICLE X, SECTION 11 OKLAHOMA CONSTITUTION AND 21 O.S. 344 [21-344], THE BOARD OF REGENTS OF CLAREMORE JUNIOR COLLEGE MAY 'NOT' ENTER INTO A CONTRACT OR OTHER TRANSACTION WITH A BUSINESS ENTERPRISE IN WHICH A MEMBER OF THE BOARD HAS AN INTEREST. (CRIMES AND PUNISHMENT, CONFLICT OF INTEREST, STOCK, CORPORATION) CITE: ARTICLE X, SECTION 11, 70 O.S. 3801 [70-3801], 70 O.S. 3806 [70-3806], 70 O.S. 3802 [70-3802](C), OPINION NO. 80-212 (PATRICIA REDD DEMPS) ** SEE OPINION NO. 88-516 (1988) **